UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEGACY FINANCIAL SERVICES, INC.,

    Petitioner,

  v.

MARK DAVID GANDOSSY,

    Respondent.
_____/

No. C 09-5391 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on Legacy Financial Services, Inc.'s petition for order confirming arbitration award and motion for default judgment.

The parties will be advised of the date, time and place of any appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: March 11, 2010

                                                  _____
                                                  PHYLLIS J. HAMILTON
                                                  United States District Judge

cc: Wings, Assigned M/J