IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE ARBITRATION BETWEEN:

LEGACY FINANCIAL SERVICES, INC.

    Petitioner,

v.

MARK DAVID GANDOSSY,

    Respondent.

No. C-09-5391-PJH (EDL)

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

On March 31, 2010, Petitioner's counsel filed a request to appear telephonically at the hearing on Petitioner's Motion for Order Confirming Arbitration Award and Entry of Default Judgment set for April 20, 2010 at 9:00 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Counsel shall stand by beginning at 9:00 a.m. on April 20, 2010 until called by the Court at the number provided in the request.

Dated: April 1, 2010

                              ELIZABETH D. LAPORTE
                              United States Magistrate Judge