UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEGACY FINANCIAL SERVICES, INC.,

    Plaintiff,

    v.

MARK DAVID GANDOSSY,

    Defendant.

_____/

No. C 09-5391 PJH

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    The court has reviewed Magistrate Judge Laporte's report and recommendation re plaintiff's motion for order confirming arbitration award and for default judgment. Defendant filed no objections to the report. The court finds the report correct, well-reasoned and thorough, and adopts it in every respect.

    Accordingly, the court, by separate order, confirms the arbitration award. Defendant having stipulated to the confirmation of the arbitration award, the motion for default judgment is moot.

**IT IS SO ORDERED.**

Dated: May 11, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge