**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF THE ARBITRATION BETWEEN: | ) ) ) | Case No. CV09-5391-PJH |
| LEGACY FINANCIAL SERVICES, INC., a California corporation, | ) ) ) | ARB. CASE NO. 07-03126 |
| Petitioner, | ) ) ) | **CONSENT ORDER CONFIRMING** |
| vs. | ) ) ) | **ARBITRATION AWARD** |
| MARK DAVID GANDOSSY, | ) ) ) | |
| Respondent. | ) ) ) | |

The parties hereto having consented to confirmation of the arbitration award and it appearing to the satisfaction of the Court that good cause exists therefore,

IT IS ORDERED AND ADJUDGED that Petitioner's Motion for Order Confirming Arbitration Award and for Judgment thereon, shall be and hereby is GRANTED, and that the Award made in the above entitled matter by the appointed Arbitrator of the American Arbitration Association be and hereby is confirmed in all respects, and that judgment be entered in conformity with the Award in favor of LEGACY FINANCIAL SERVICES, INC. and against MARK DAVID GANDOSSY as set forth therein.

3.    For attorneys' fees incurred in the above captioned Federal District Court action in the aggregate sum of $6,200.00; and

4.    For costs of suit herein incurred in the aggregate amount of $350.00.

Dated:  5/11/10 _____

PHYLLIS J. HAMILTON
U.S. DISTRIC[T]                                    [E]

IT IS SO ORDERED
Judge Phyllis J. Hamilton

Prepared and consented to by:

Darvy Mack Cohan
7855 Ivanhoe Avenue, Suite 400
La Jolla, California 92037
Telephone: 858-459-4432
Fax: 858-454-3548
Counsel for Petitioner

Consented to by:

Mark David Gandossy
2411-B Plantation Center Drive
Matthews, NC 28105
Respondent