IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| IN THE MATTER OF THE ARBITRATION BETWEEN:<br><br>LEGACY FINANCIAL SERVICES, INC., a California corporation,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>MARK DAVID GANDOSSY,<br><br>　　　　Respondent. | Case No. CV09-5391-PJH<br><br>ARB. CASE NO. 07-03126<br><br>**CONSENT JUDGMENT** |

　　The parties hereto having consented to confirmation of the arbitration award and further having consented to judgment thereon, and good cause appearing therefor

　　Now, therefore, IT IS ORDERED and ADJUDGED that LEGACY FINANCIAL SERVICES, INC. shall be and hereby is granted judgment against Respondent MARK DAVID GANDOSSY as follows:

　　1.　　The principal sum of $112,542.36;

　　2.　　Prejudgment interest in at the rate of 10% *per annum* from September 4, 2009 through the date of judgment, which sum now amounts to $6,475.04;

3. For attorneys' fees incurred in the above captioned Federal District Court action in the aggregate sum of $6,200.00; and

4. For costs of suit herein incurred in the aggregate amount of $350.00.

Dated: 5/11/10

PHYLLIS J. HAMILTON
U.S. DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

Prepared and consented to by:

*[signature]*

Darvy Mack Cohan
7855 Ivanhoe Avenue, Suite 400
La Jolla, California 92037
Telephone: 858-459-4432
Fax: 858-454-3548
Counsel for Petitioner

Consented to by:

*[signature]*

Mark David Gandossy
2411-B Plantation Center Drive
Matthews, NC 28105
Respondent